STATE of Missouri, Plaintiff–Respondent,

v.

Charles S. VICK, Defendant–Appellant.

Charles S. VICK, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 42489, WD 43706.

Missouri Court of Appeals, Western District.

March 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 1991.

Application to Transfer Denied June 11, 1991.

Terri L. Backhus, Asst. Appellate Defender, Kansas City, for defendant-appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for plaintiff-respondent.

Before BERREY, P.J., and ULRICH and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Defendant appeals from convictions of first degree burglary under § 569.160 R.S. Mo.1986. This appeal is consolidated with his appeal from the denial of a Rule 29.15 motion for post-conviction relief, without an evidentiary hearing.

The judgment of conviction is affirmed. Rule 30.25(b).

The appeal from the denial of post-conviction relief is dismissed. *State v. Gillispie*, 790 S.W.2d 519, 520 (Mo.App.1990); *State v. Mayo*, 784 S.W.2d 897 (Mo.App. 1990). Rule 84.16(b).